# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA M. WILLIAMS-HOPKINS, *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:17-cv-07210-ES-MAH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

DATED: July 19, 2018

*s/Yongmoon Kim*
Yongmoon Kim

THE SALVO LAW FIRM, P.C.
Attorneys for Defendant

DATED: July 19, 2018

*s/Thomas J. Slattery*
Thomas J. Slattery

DATED: 7/23/18

SO ORDERED:

Esther Salas, U.S.D.J.